# INFORMATION SHEET

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 28 2007   ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CR 07        543**

1.  Title of Case:   United States v. RUSSELL DEFREITAS, aka "Mohammed," KAREEM
IBRAHIM, aka "Amir Kareem" and "Winston Kingston," ABDUL KADIR, "Aubrey
Michael Seaforth," and ABDEL NUR, "Compton Eversley,"

2.  Related Magistrate Docket Number(s)___ 07 - M - 667 ___

        None ( )

3.  Arrest Date:   Defreitas - 6/1/07 ; Others arrested in Trinidad

4.  Nature of offense(s):  ☒    Felony                 **IRIZARRY, J.**
                          ☐    Misdemeanor

5.  Related Civil or Criminal Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
Local E.D.N.Y. Division of Business Rules):__ NA ___

_____

_____    **MANN M.J.**

6.  Projected Length of Trial:   Less than 6 weeks    (X)
                                More than 6 weeks    ( )

7.  County in which crime was allegedly committed: ~~KINGS~~ QUEENS
(Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment been ordered sealed?          ( ) Yes  (X) No

9.  Have arrest warrants been ordered?                ( ) Yes  (X) No

10. Is a capital count included in the indictment?     ( ) Yes  (X) No


ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By:   _____

MARSHALL MILLER
Assistant U.S. Attorney
(718) 254-6421

Rev. 10/01/03

DLI /RLM
543