UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

RUSSELL DEFREITAS,
        also known as "Mohammed,"
and ABDUL KADIR,
        also known as "Aubrey Michael Seaforth,"

        Defendants.
------------------------------------------------------------x

**COURT EXHIBIT #1 · 7/27/10**

**VERDICT SHEET**

07-CR-543 (DLI)(SMG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 02 2010 ★
BROOKLYN OFFICE

**DORA L. IRIZARRY, United States District Judge:**

## COUNT # 1 (Conspiracy to Attack Public Transportation System)

With respect to Count One, what is your verdict as to **Russell Defreitas**?

        Not Guilty _____        Guilty ✓

With respect to Count One, what is your verdict as to **Abdul Kadir**?

        Not Guilty _____        Guilty ✓

## COUNT # 2 (Conspiracy to Destroy a Building or Other Real Property by Fire or Explosive)

With respect to Count Two, what is your verdict as to **Russell Defreitas**?

        Not Guilty _____        Guilty ✓

With respect to Count Two, what is your verdict as to **Abdul Kadir**?

        Not Guilty _____        Guilty ✓

# VERDICT SHEET – U.S. v. DEFREITAS and KADIR, 07-CR-543

## COUNT # 3 (Conspiracy to Attack Aircraft and Aircraft Materials)

With respect to Count Three, what is your verdict as to **Russell Defrietas**?

        Not Guilty \_\_\_\_        Guilty ✓

With respect to Count Three, what is your verdict as to **Abdul Kadir**?

        Not Guilty \_\_\_\_        Guilty ✓

## COUNT # 4 (Conspiracy to Destroy or Damage International Airport Facilities)

With respect to Count Four, what is your verdict as to **Russell Defreitas**?

        Not Guilty \_\_\_\_        Guilty ✓

With respect to Count Four, what is your verdict as to **Abdul Kadir**?

        Not Guilty \_\_\_\_        Guilty ✓

## VERDICT SHEET – U.S. v. DEFREITAS and KADIR, 07-CR-543

### COUNT # 5 (Conspiracy to Attack Mass Transportation Facility)

With respect to Count Five, what is your verdict as to **Russell Defreitas**?

    Not Guilty \_\_\_\_    Guilty ✓

With respect to Count Five, what is your verdict as to **Abdul Kadir**?

    Not Guilty \_\_\_\_    Guilty ✓

### COUNT # 6 (Surveillance of Mass Transportation Facility)

With respect to Count Six, what is your verdict as to **Russell Defreitas**?

    Not Guilty \_\_\_\_    Guilty ✓

With respect to Count Six, what is your verdict as to **Abdul Kadir**?

    Not Guilty ✓    Guilty \_\_\_\_

Dated:    Brooklyn, New York
            July \_\_, 2010
            August 2, 2010

                                                    1
                                      **Foreperson (Indicate Jury Seat # ONLY!)**